No. 972. BRUNER ET UX. v. TEXAS. Sup. Ct. Tex. Certiorari denied. *Heard L. Floore* for petitioners. *Waggoner Carr,* Attorney General of Texas, and *Hawthorne Phillips, T. B. Wright, Carroll R. Graham, Fred M. Talkington* and *F. William Colburn,* Assistant Attorneys General, for respondent.

No. 974. CROUCH, PROBATE JUDGE v. STANLEY, ADMINISTRATOR. Ct. Civ. App. Tex., 11th Sup. Jud. Dist. Certiorari denied.

No. 979. ERTEL MANUFACTURING CORP. v. NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied. *Harry P. Dees* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 981. KIRSCHNER ET AL., TRADING AS K-N ENTERPRISES v. WEST CO. C. A. 3d Cir. Certiorari denied. *Harry R. Kozart* for petitioners. *Theodore Voorhees* for respondent.

No. 982. PERRYTON WHOLESALE, INC. v. PIONEER DISTRIBUTING CO. OF KANSAS, INC. C. A. 10th Cir. Certiorari denied. *Dale M. Stucky* for petitioner. *Malcolm Miller* for respondent.

No. 998. KISER ET AL. v. BREAKS INTERSTATE PARK COMMISSION. Sup. Ct. App. Va. Certiorari denied. *S. H. Sutherland* for petitioners. *Robert T. Winston* for respondent.

No. 986. FRIED v. BROOKLYN BAR ASSOCIATION. Ct. App. N. Y. Certiorari denied. Petitioner *pro se. Benjamin R. Raphael* for respondent.